# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:07CR00123-002 SWW

GALIA MARTIN

### ORDER OF DISMISSAL

Upon the government's motion to dismiss the indictment pending against defendant Galia Martin,

IT IS ORDERED that the motion is granted, and the indictment pending in this case hereby is dismissed without prejudice as to separate defendant Galia Martin only.

Dated this 20th day of February, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE